**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of ANMP 74th St. LLC, | No. CV-07-1042-PHX-SMM <br> BK-03-03799-PHX-RJH |
| Charles R. Berry, Joan Berry, Titus Brueckner & Berry, P.C., Western Security Bank, First International Bank and Trust, Pamela Coulter, as Personal Representative of the Estate of Darrell Coulter, Zions First National Bank dba Zions Bank, National Bank of Arizona, <br>　　　　　　Appellants, <br> v. <br> James C. Sell, as Receiver for American National Mortgage Partners, L.L.C., and Related Entities, <br>　　　　　　Appellees. | **ORDER** |

　　Having considered the Motion filed by Appellants Zions First National Bank and National Bank of Arizona for an Extension of Time to File Opening Brief on Appeal (Doc. 19), and Appellants, Pamela Coulter, Charles R. Berry, Joan Berry, Titus Brueckner & Berry, P.C., First Fidelity Bank, the successor to Western Security Bank and First International Bank's Joinder thereto (Doc. 20), and good cause appearing,

///

1  **IT IS HEREBY ORDERED GRANTING** the Motions  (Doc. 19 and 20).
2  Appellants shall have a three-week extension of time to file their opening brief, which shall
3  now be filed no later than April 18, 2008.

4  DATED this 24th day of March, 2008.

*[signature]*

Stephen M. McNamee
United States District Judge