**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of ANMP 74th St. LLC, | No. CV-07-1042-PHX-SMM<br>BK-03-03799-PHX-RJH |
| Charles R. Berry, Joan Berry, Titus Brueckner & Berry, P.C., Western Security Bank, First International Bank and Trust, Pamela Coulter, as Personal Representative of the Estate of Darrell Coulter, Zions First National Bank dba Zions Bank, National Bank of Arizona,<br><br>Appellants,<br>v.<br>James C. Sell, as Receiver for American National Mortgage Partners, L.L.C., and Related Entities,<br><br>Appellees. | **ORDER** |

Having read and considered the Joint Request of All Appellants For an Additional Extension of Time To File Opening Brief(s) and Record On Appeal (Second Request), and good cause appearing,

**IT IS HEREBY ORDERED** GRANTING the Request (Doc. 27). All Appellants shall have a three-week extension of time, up to and including May 9, 2008, in which to file their Opening Brief(s) and the record on appeal.

DATED this 16th day of April, 2008.

Stephen M. McNamee
United States District Judge