**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of ANMP 74th St. LLC, | No. CV-07-1042-PHX-SMM<br>BK-03-03799-PHX-RJH |
| Charles R. Berry, Joan Berry, et al,<br>   Appellants,<br>v.<br>James C. Sell, as Receiver for American National Mortgage Partners, L.L.C., and Related Entities,<br>   Appellees. | **ORDER** |

Having considered Appellants' Zions First National Bank and National Bank of Arizona Request To Exceed Page Limitation For Opening Brief On Appeal (Doc. 26)[1], and good cause appearing,

**IT IS HEREBY ORDERED** that **leave is granted** to Appellants Zions First National Bank and National Bank of Arizona under Rule 8010-2 of the Local Rules of Bankruptcy Appeal Procedure to file an Opening Brief that is up to and including 35 pages in length.

DATED this 16th day of April, 2008.

_/s/ Stephen M. McNamee_
Stephen M. McNamee
United States District Judge

---

[1] Doc. 25 is hereby **DENIED as MOOT**.