WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN THE MATTER OF ANMP 74th St. LLC, | No. CV-07-1042-PHX-SMM |
| | **ORDER** |
| Western Security Bank, et al., | |
| Appellants, | |
| v. | |
| James C. Sell | |
| Appellee. | |

The Court has read and considered the Motion of Appellants Zions First National Bank, National Bank of Arizona, Pamela Coulter, Charles R. Berry, Joan Berry, Titus Brueckner & Berry, P.C., and First Fidelity Bank, the successor to Western Security Bank To Dismiss Their Appeals, and it is hereby

**IT IS HEREBY ORDERED** that the appeals of Zions First National Bank, National Bank of Arizona, Pamela Coulter, Charles R. Berry, Joan Berry, Titus Brueckner & Berry, P.C., and First Fidelity Bank, the successor to Western Security Bank are **DISMISSED with prejudice**, with each of those Appellants to bear their own costs.[1]

DATED this 2nd day of May, 2008.

_____
Stephen M. McNamee
United States District Judge

---

[1] The only remaining appellant is First International Bank and Trust. Counsel is reminded that the opening brief is due **no later than May 9, 2008.**