**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of ANMP 74th St. LLC, | No. CV-07-1042-PHX-SMM<br>BK-03-03799-PHX-RJH |
| Charles R. Berry, Joan Berry, et al,<br>Appellants,<br>v.<br>James C. Sell, as Receiver for American National Mortgage Partners, L.L.C., and Related Entities,<br>Appellees. | **ORDER** |

Having considered First International Bank and Trust's Motion To Exceed Page Limitation For Opening Brief On Appeal (Doc. 34), and good cause appearing,

**IT IS HEREBY ORDERED** that **leave is granted** to First International Bank and Trust under Rule 8010-2 of the Local Rules of Bankruptcy Appeal Procedure to file an Opening Brief that is up to and including 35 pages in length.

DATED this 7th day of May, 2008.

Stephen M. McNamee
United States District Judge