**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of ANMP 74th St. LLC, | No. CV-07-1042-PHX-SMM<br>BK-03-03799-PHX-RJH |
| Charles R. Berry, Joan Berry, Titus Brueckner & Berry, P.C., Western Security Bank, First International Bank and Trust, Pamela Coulter, as Personal Representative of the Estate of Darrell Coulter,<br>　　　　　　Appellants,<br>v.<br>James C. Sell, as Receiver for American National Mortgage Partners, L.L.C., and Related Entities,<br>　　　　　　Appellee. | **ORDER** |

Having read and considered the Stipulation to Extend Time to File an Answering Brief (First Request)(Doc. 41), and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the Stipulation (Doc. 41). Appellee shall have a thirty day extension of time, up to and including June 23, 2008, in which to file his Answering Brief.

DATED this 21st day of May, 2008.

_____
Stephen M. McNamee
United States District Judge