**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of ANMP 74th St. LLC,<br><br>Charles R. Berry, Joan Berry, Titus Brueckner & Berry, P.C., Western Security Bank, First International Bank and Trust, Pamela Coulter, as Personal Representative of the Estate of Darrell Coulter, Zions First National Bank dba Zions Bank, National Bank of Arizona,<br><br>Appellants,<br>v.<br><br>James C. Sell, as Receiver for American National Mortgage Partners, L.L.C., and Related Entities,<br><br>Appellees. | No. CV-07-1042-PHX-SMM<br>BK-03-03799-PHX-RJH<br><br>**ORDER** |

Having considered Appellee/Plaintiff's Motion to Exceed Page Limits (Doc. 44), and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Appellee/Plaintiff's Motion to Exceed Page Limits. (Doc. 44.) Leave is hereby granted to Appellee/Plaintiff under Rule 8010-2 of the Local Rules of Bankruptcy Appeal Procedure to file an Answering Brief that is up to 35 pages in length.

DATED this 18th day of June, 2008.

_____
Stephen M. McNamee
United States District Judge