**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of ANMP 74th St. LLC, | No. CV-07-1042-PHX-SMM<br>BK-03-03799-PHX-RJH |
| Charles R. Berry, Joan Berry, Titus Brueckner & Berry, P.C., Western Security Bank, First International Bank and Trust, Pamela Coulter, as Personal Representative of the Estate of Darrell Coulter, Zions First National Bank dba Zions Bank, National Bank of Arizona,<br>　　　　　　Appellants,<br>v.<br>James C. Sell, as Receiver for American National Mortgage Partners, L.L.C., and Related Entities,<br>　　　　　　Appellees. | **ORDER** |

Pursuant to Appellant's Unopposed Motion for Extension of Time and Additional Pages for Reply Brief (Doc. 48), and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the motion. (Doc. 48.) Appellant shall file its Reply brief in this matter no later than July 14, 2008 and the page limit for said Reply brief is extended to 20 pages.

DATED this 1st day of July, 2008.

Stephen M. McNamee
United States District Judge