**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of ANMP 74th St., LLC, Debtor. ) <br> _____ ) <br> ) <br> First International Bank and Trust, ) <br> ) <br>       Appellant/Defendant, ) <br> ) <br> v. ) <br> ) <br> James C. Sell, as Receiver for American ) <br> National Mortgage Partners, L.L.C., and ) <br> Related Entities, ) <br> ) <br>       Appellee/Plaintiff. ) <br> _____ ) | CV-07-1042-PHX-SMM <br> BK-03-03799-PHX-RJH <br> ADV. NO. 06-00941 <br><br> **ORDER** |

     Pursuant to the parties' Joint Notice of Settlement, Subject to Bankruptcy Court Approval and Request for Interim Stay of Appeal (Doc. 52), and good cause appearing,

     **IT IS HEREBY ORDERED** that all proceedings in this appeal are stayed pending further notification of the parties or order of the Court. The parties shall keep the Court informed of the status of their settlement and the Bankruptcy Court's orders in that regard.

     DATED this 31st day of December, 2008.

Stephen M. McNamee
United States District Judge