**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of ANMP 74th St., LLC, Debtor. | CV-07-1042-PHX-SMM<br>BK-03-03799-PHX-RJH<br>ADV. NO. 06-00941 |
| First International Bank and Trust,<br><br>    Appellant/Defendant,<br><br>v.<br><br>James C. Sell, as Receiver for American National Mortgage Partners, L.L.C., and Related Entities,<br><br>    Appellee/Plaintiff. | **ORDER** |

Pursuant to the Joint Motion to Dismiss Appeal with Prejudice (Doc. 54), the U.S. Bankruptcy Court approved a settlement of this matter by order dated February 26, 2009.

Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the Joint Motion to Dismiss Appeal with Prejudice (Doc. 54).

**IT IS FURTHER ORDERED** that this matter is dismissed with prejudice, each side to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that the Clerk shall terminate this matter.

DATED this 2nd day of March, 2009.

Stephen M. McNamee
United States District Judge